Harris Cohen and Rubin Grau, Respondents, v. Rachmiel Sohnen, Appellant. — Judgment of the Municipal Court affirmed, with costs. No opinion. Woodward, Burr, Thomas, Rich and Carr, JJ., concurred.

Hyman Greenberg, Respondent, v. Jacob Kaiser, Appellant.— The evidence conclusively establishes that plaintiff's assignor was paid $200 on October 6, 1909, by being credited with that sum on his bond secured by a mortgage on his wife's house on Nineteenth avenue. Judgment of the Municipal Court modified by deducting therefrom the sum of $200, with interest from October 6, 1909, to the date of the entry of the judgment, and as modified affirmed, without costs Hirschberg, P. J., Woodward, Burr, Thomas and Rich, JJ., concurred.

Louis Katz, Respondent, v. Martha Bernstein and National Surety Company, Appellants.— Judgment of the Municipal Court affirmed, with costs. No opinion. Woodward, Burr, Thomas, Rich and Carr, JJ., concurred.

Iona Krandal and Samuel Krandal, etc., Appellants, v. Angelo Cehio, Respondent.— Judgment of the Municipal Court affirmed, with costs. No opinion. Woodward, Burr, Thomas, Rich and Carr, JJ., concurred.

Rose Sistito, Appellant, v. Pasquale Trotta, Respondent.— Judgment of the Municipal Court affirmed, with costs. No opinion. Woodward, Burr, Thomas, Rich and Carr, JJ., concurred.

---

## FIRST DEPARTMENT, OCTOBER, 1910.

JAMES A. ALLEN, Appellant, v. JOHN M. DIERKES, Respondent.

Appeal from an order, entered in the New York county clerk's office May 23, 1910, directing the plaintiff to serve a verified bill of particulars.

PER CURIAM: The order should be reversed, with ten dollars costs and disbursements, and the motion denied, with ten dollars costs, upon the ground that the application for the bill of particulars was premature, and that the particulars were not necessary in order to enable the defendant to answer. Present— Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ. Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs.

---

CARLOTTA NILLSON, Respondent, v. WALTER N. LAWRENCE, Defendant, Impleaded with SELWYN AND COMPANY, Appellant.

Appeal from an order, entered in the New York county clerk's office June 20, 1910, denying a motion to vacate an order for the examination of the defendant company by plaintiff as an adverse party before trial.

PER CURIAM: The order appealed from should be modified so as to provide that the order for the examination of the appellant shall limit such examination to the allegations of the complaint with respect to the production or threatened production of the play by the appellant; and as so modified affirmed, without costs. Present— Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ. Order modified as directed in opinion, and as modified affirmed, without costs. Settle order on notice.